JOHN GILLILAN et al., Appellants, *v.* DANIEL S. GRAY et al., Appellees.

#### APPEAL FROM KANE.

A variance in names between the obligatory and conditional parts of an appeal bond are fatal.

The Supreme Court has no authority to allow an amendment of an appeal bond from the Circuit Court.

THE appellees, Daniel S. Gray and Ralph Gray, recovered a judgment in the Kane Circuit Court, at the August term there-

of, against John Gillilan and Horace Hubbard; who then prayed an appeal, which was allowed, upon condition that they should give the usual bond, with Henry E. Hunt as surety. The recital in the condition of the bond is, that said Daniel S. Gray and Edward Gray recovered a judgment; whereas the obligatory part of the bond described the parties who recovered the judgment as Daniel S. Gray and Ralph Gray. A motion was made by appellees to dismiss the appeal for the foregoing defect. The appellants entered a cross motion for leave to amend the bond.

CHURCH & WILLARD, for appellees.

C. McCLURE, for appellants.

*Per Curiam.* The motion to dismiss the appeal is sustained. The variance between the obligatory and the conditional parts of the bond is fatal to it. The cross motion of the appellants, asking leave to amend the appeal bond, is overruled.

This court has no authority to allow an amendment of an appeal bond, taken in the Circuit Court, as preliminary to the removal of a cause for examination here.